SAMM, Appellant, v. WENNEMER BROS., Inc., et al., Respondents. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by Charles Samm against Wennemer Bros., Incorporated, and another. W. B. Banister, of New York City, for appellant. F. K. Diefendorf and E. C. Sherwood, of New York City, for respondents.

PER CURIAM. Judgments affirmed, with costs.

CLARKE AND SCOTT, JJ., dissent as to Wennemer Bros., Incorporated, and vote for affirmance. Settle order on notice.

---

In re SANBORN. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) In the matter of Addison S. Sanborn, an attorney.

PER CURIAM. Report of referee confirmed, and motion granted. See, also, 151 N. Y. Supp. 1143.

JENKS, P. J., votes for suspension for 15 years. PUTNAM, J., not voting.

---

SARAFIAN v. UNITED STATES FIDELITY & GUARANTY CO. (two cases). (Supreme Court, Appellate Division, First Department. May 28, 1915.) Actions by Sumpad H. Sarafian against the United States Fidelity & Guaranty Company. No opinions. Motions denied with $10 costs. Orders filed. See, also, 152 N. Y. Supp. 737.

---

In re SCHAEFFER. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) In the matter of the application of Adolph Schaeffer for a writ of certiorari, etc.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, with $10 costs and disbursements.

---

SCHENSTROM, Respondent, v. JOHANSEN, Appellant. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Wilhelm Schenstrom against John Johansen (first name "John" being fictitious). A. C. Vandiver, of New York City, for appellant. R. Ballantine, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SCHIEFFELIN, Appellant, v. KOMFORT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by William J. Schieffelin against V. Komfort and another, constituting the Board of Elections. F. H. La Guardia, of New York City, for appellant. M. Ferry, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 86 Misc. Rep. 678, 149 N. Y. Supp. 254.

---

SCHIRMER, Respondent, v. PARKER, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Albert J. Schirmer, an infant, etc., against Orrel Parker, impleaded with others. W. N. O'Neil, of New York City, for appellant. M. Wolf, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

SCHLEICH v. SCHLEICH. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Susanna Schleich, as administratrix, etc., against Paul Schleich. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1142.

---

SCHLEICH, Respondent, v. SCHLEICH, Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by Susanna Schleich, as administratrix, etc., against Paul Schleich. G. Lange, Jr., of New York City, for appellant. R. S. Newcombe, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 153 N. Y. Supp. 1142.

---

SCHMIDT, Respondent, v. TRANSIT DEVELOPMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Elizabeth Schmidt, as administratrix of Charles Schmidt, deceased, against the Transit Development Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the evidence did not justify submission to the jury of any question of failure on the part of the employer to make and enforce suitable rules.

---

SCHMUCKER, Respondent, v. BANDLER, Appellant. (Supreme Court, Appellate Division, First Department. June 4, 1915.) Action by William Schmucker against Maurice Bandler. I. T. Flatto, of New York City, for appellant. S. R. Fleischer, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer, upon payment of costs in this court and in the court below. Order filed.

---

SCHNIBBE v. HAUCK MFG. CO. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by Richard Schnibbe against the Hauck Manufacturing Company, in which Oscar A. Lewis, as trustee in bankruptcy, etc., appeals. No opinion. Motion for reargument (in 152 N. Y. Supp. 1142) denied, without costs. See, also, 153 N. Y. Supp. 1142.

---

SCHNIBBE v. HAUCK MFG. CO. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by Richard